UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

PAUL BENSI, et al.,
    Plaintiffs,

  v.

EDEN MEDICAL CENTER,
    Defendant.

No. C 11-4008 JSW

**ORDER RE: TELEPHONIC MEDIATION**

Date: June 8, 2012
Evaluator: Michael Sobel

IT IS HEREBY ORDERED that the request to excuse defendant plaintiff trustees Paul Bensi, Jerry Kalmar and Lyle Setter from personal attendance at the June 8, 2012, mediation session before Michael Sobel is GRANTED.

IT IS SO ORDERED.

May 29, 2012      By: _____
Dated                                  Judge Donna M. Ryu
                                                    United States Magistrate Judge

[GRANTED stamp signed Donna M. Ryu]