UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

PAUL BENSI, et al.,
    Plaintiffs,

No. C 11-4008 JSW

v.
EDEN MEDICAL CENTER,
    Defendant.

**ORDER RE: TELEPHONIC MEDIATION**

Date:    June 8, 2012
Evaluator:    Michael Sobel

    IT IS HEREBY ORDERED that the request to excuse defendant plaintiff trustees Paul Bensi, Jerry Kalmar and Lyle Setter from personal attendance at the June 8, 2012, mediation session before Michael Sobel is GRANTED.

    IT IS SO ORDERED.

May 29, 2012
Dated

By: _____
United States Magistrate Judge
Judge Donna M.

GRANTED