1  WILLIAM A. SOKOL, Bar No. 072740
   LINDA BALDWIN JONES, Bar No. 178922
2  EZEKIEL D. CARDER, Bar No. 206537
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone  (510) 337-1001
5  Fax  (510) 337-1023
   E-Mail:  bsokol@unioncounsel.net
6          lbjones@unioncounsel.net
           ecarder@unioncounsel.net
7
   Attorneys for Plaintiffs
8
9  DONALD P. SULLIVAN, Bar No. 191080
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
10 525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
11 Telephone  (415) 433-0990
   Fax  (510) 434-1370
12 E-Mail:  Donald.Sullivan@WilsonElser.com

13 Attorneys for Defendant

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17 PAUL BENSI, BART FLORENCE, JERRY          No. C 11-4008 JSW
   KALMAR, and LYLE SETTER, in their
18 capacities as Trustees of the STATIONARY   **STIPULATED REQUEST TO**
   ENGINEERS LOCAL 39 PENSION TRUST           **CONTINUE ADR, DISCOVERY AND**
19 FUND,                                      **DISPOSITIVE MOTION DEADLINES;**
                                              **[PROPOSED] ORDER**
20                    Plaintiffs,

21      v.

22 EDEN MEDICAL CENTER, a California
   Corporation
23
                      Defendant.
24

25      Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Civil Local Rules 7-

26 12 and 16-2, Plaintiffs and Defendants, by and through the undersigned counsel, respectfully

27 request that the ADR deadlines, discovery deadlines, dispositive motion hearing date and related

28 deadlines be continued for ninety (90) days to allow the parties additional time for Defendant to

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

1  provide the documents necessary to complete the payroll compliance testing audit ("Audit") that

2  is the subject of this litigation and to discuss a possible resolution of this action without the

3  necessity of further litigation, time and expense.

4       At the heart of this lawsuit is a dispute about the proper scope of an audit of Defendant's

5  financial records to confirm that the Defendant has made the required contributions to the

6  Stationary Engineers Local 39 Pension Trust Fund ("Trust Fund").  Plaintiffs, who are the

7  Trustees of the Trust Fund, have contended that the collective bargaining agreement to which

8  Defendant is a party entitles the Trust Fund's auditors access to Defendant's cash disbursement

9  journals.  Defendant has contended that because its cash disbursement journals are kept on a

10  region-wide basis, it is unable to produce the information without producing extensive financial

11  information from its affiliates.  Additionally, because the journals contain all payment

12  information, they necessarily contain payroll information of non-Local 39 members and well as

13  information about payments to patients.  In response to Defendant's concern, the Trust Fund

14  agreed to accept a vendor list in lieu of the cash disbursement journals, as well as reserving the

15  right to review additional documents following the auditor's review of the Defendant's vendor

16  list.

17       The parties agreed to proceed with the audit in this manner, which satisfies the auditors'

18  need for complete documentation and Defendant's need to protect the financial privacy of third-

19  parties and to avoid producing irrelevant financial documentation.  To facilitate the completion of

20  the audit, Defendant is in the process of collecting invoices received from outside contractors who

21  performed maintenance or light construction-type work at the hospital between January 1, 2006 to

22  March 31, 2010.  Because these invoices are old, they are stored off-site.  Defendant is in the

23  process of retrieving them and anticipates that it will take approximately one month to complete

24  the process.  Once the documents have been retrieved, Defendant will provide them to the Trust

25  Fund's auditors for review.  The auditors will then be able to determine if Defendant has made all

26  of the required contributions to the Trust Fund.

27       Although the parties have been diligent in working towards a resolution of this matter,

28  they need additional time so that the Audit can be completed.  Consequently, the parties will not

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

be able to complete mediation before the current mediation deadline of June 8, 2012.

Additionally, if Plaintiffs need additional documents or information following Defendant's

informal production at the end of June, they will not be able to propound discovery requests prior

to the close of fact discovery on July 16, 2012.  Accordingly, the parties are requesting a

continuance of the ADR deadlines, discovery deadlines, and dispositive motion hearing date and

related deadlines to allow the parties additional time to complete the Audit and discuss a

resolution of this matter.  The parties have not previously requested any extensions of the

deadlines set forth in the Court's Scheduling Order.

In light of the foregoing, the parties respectfully request that the Court modify its

Scheduling Order as follows:

1.  ADR deadline:  September 6, 2012;

2.  Close of fact discovery:  October 15, 2012;

3.  Last day for Expert Disclosure:  October 29, 2012

4.  Close of Expert Discovery:  November 13, 2012;

5.  Opening motion for summary judgment to be filed:  November 21, 2012;

6.  Opposition and cross-motion due by:  December 7, 2012;

7.  Reply and opposition to the cross-motion due by:  December21, 2012;

8.  Reply in support of the cross-motion due by:  December 28, 2012;

9.  Hearing on dispositive motions (if any):  January 25, 2013 at 9:00 a.m.

Dated:  June 7, 2012                                    WEINBERG, ROGER & ROSENFELD
                                                        A Professional Corporation

                                                        /s/ Linda Baldwin Jones
                                              By:       LINDA BALDWIN JONES
                                                        Attorneys for Plaintiffs

Dated:  June 7, 2012

                                                        WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                                        DICKER LLP

                                              By:  /s/ Donald P. Sullivan
                                                        DONALD P. SULLIVAN
                                                        Attorneys for Defendant

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

STIPULATED REQUEST TO CONTINUE ADR, DISCOVERY AND DISPOSITIVE MOTION
DEADLINES; [PROPOSED] ORDER (CASE NO. C 11-4008 JSW)

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWING, the Court orders that the case scheduling order shall be modified as follows:

1.  ADR deadline:  September 6, 2012;

2.  Close of fact discovery:  October 15, 2012;

3.  Last day for Expert Disclosure:  October 29, 2012

4.  Close of Expert Discovery:  November 13, 2012;

5.  Opening motion for summary judgment to be filed:  November 21, 2012;

6.  Opposition and cross-motion due by:  December 7, 2012;

7.  Reply and opposition to the cross-motion due by:  December 21, 2012;

8.  Reply in support of the cross-motion due by:  December 28, 2012;

9.  Hearing on dispositive motions (if any):  January 25, 2013 at 9:00 a.m.

All other aspects of the Court's scheduling order not specifically modified above shall remain in full force and effect.  In addition the Court orders:

Dated:  ~~June~~ July 9 , 2012

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

128626/670976

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

STIPULATED REQUEST TO CONTINUE ADR, DISCOVERY AND DISPOSITIVE MOTION
DEADLINES; [~~PROPOSED~~] ORDER (CASE NO. C 11-4008 JSW)