WILLIAM A. SOKOL, Bar No. 072740
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bsokol@unioncounsel.net
　　　　lbjones@unioncounsel.net
　　　　ecarder@unioncounsel.net

Attorneys for Plaintiffs

DONALD P. SULLIVAN, Bar No. 191080
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Telephone  (415) 433-0990
Fax  (510) 434-1370
E-Mail:  Donald.Sullivan@WilsonElser.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>EDEN MEDICAL CENTER, a California Corporation<br><br>　　　　　　Defendant. | No. C 11-4008 JSW<br><br>**STIPULATED REQUEST TO CONTINUE ADR, DISCOVERY AND DISPOSITIVE MOTION DEADLINES; [PROPOSED] ORDER** |

　　　　Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Civil Local Rules 7-12 and 16-2, Plaintiffs and Defendants, by and through the undersigned counsel, respectfully request that the ADR deadlines, discovery deadlines, dispositive motion hearing date and related deadlines be continued for ninety (90) days to allow the parties additional time for Defendant to

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

STIPULATED REQUEST TO CONTINUE ADR, DISCOVERY AND DISPOSITIVE MOTION DEADLINES; [PROPOSED] ORDER (CASE NO. C 11-4008 JSW)

1  provide the documents necessary to complete the payroll compliance testing audit ("Audit") that
2  is the subject of this litigation and to discuss a possible resolution of this action without the
3  necessity of further litigation, time and expense.
4      At the heart of this lawsuit is a dispute about the proper scope of an audit of Defendant's
5  financial records to confirm that the Defendant has made the required contributions to the
6  Stationary Engineers Local 39 Pension Trust Fund ("Trust Fund"). Plaintiffs, who are the
7  Trustees of the Trust Fund, have contended that the collective bargaining agreement to which
8  Defendant is a party entitles the Trust Fund's auditors access to Defendant's cash disbursement
9  journals. Defendant has contended that because its cash disbursement journals are kept on a
10 region-wide basis, it is unable to produce the information without producing extensive financial
11 information from its affiliates. Additionally, because the journals contain all payment
12 information, they necessarily contain payroll information of non-Local 39 members and well as
13 information about payments to patients. In response to Defendant's concern, the Trust Fund
14 agreed to accept a vendor list in lieu of the cash disbursement journals, as well as reserving the
15 right to review additional documents following the auditor's review of the Defendant's vendor
16 list.
17     The parties agreed to proceed with the audit in this manner, which satisfies the auditors'
18 need for complete documentation and Defendant's need to protect the financial privacy of third-
19 parties and to avoid producing irrelevant financial documentation. To facilitate the completion of
20 the audit, Defendant is in the process of collecting invoices received from outside contractors who
21 performed maintenance or light construction-type work at the hospital between January 1, 2006 to
22 March 31, 2010. Because these invoices are old, they are stored off-site. Defendant is in the
23 process of retrieving them and anticipates that it will take approximately one month to complete
24 the process. Once the documents have been retrieved, Defendant will provide them to the Trust
25 Fund's auditors for review. The auditors will then be able to determine if Defendant has made all
26 of the required contributions to the Trust Fund.
27     Although the parties have been diligent in working towards a resolution of this matter,
28 they need additional time so that the Audit can be completed. Consequently, the parties will not

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
STIPULATED REQUEST TO CONTINUE ADR, DISCOVERY AND DISPOSITIVE MOTION
DEADLINES; [PROPOSED] ORDER (CASE NO. C 11-4008 JSW)

be able to complete mediation before the current mediation deadline of June 8, 2012. Additionally, if Plaintiffs need additional documents or information following Defendant's informal production at the end of June, they will not be able to propound discovery requests prior to the close of fact discovery on July 16, 2012. Accordingly, the parties are requesting a continuance of the ADR deadlines, discovery deadlines, and dispositive motion hearing date and related deadlines to allow the parties additional time to complete the Audit and discuss a resolution of this matter. The parties have not previously requested any extensions of the deadlines set forth in the Court's Scheduling Order.

In light of the foregoing, the parties respectfully request that the Court modify its Scheduling Order as follows:

1. ADR deadline: September 6, 2012;
2. Close of fact discovery: October 15, 2012;
3. Last day for Expert Disclosure: October 29, 2012
4. Close of Expert Discovery: November 13, 2012;
5. Opening motion for summary judgment to be filed: November 21, 2012;
6. Opposition and cross-motion due by: December 7, 2012;
7. Reply and opposition to the cross-motion due by: December 21, 2012;
8. Reply in support of the cross-motion due by: December 28, 2012;
9. Hearing on dispositive motions (if any): January 25, 2013 at 9:00 a.m.

Dated: June 7, 2012

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Linda Baldwin Jones
LINDA BALDWIN JONES
Attorneys for Plaintiffs

Dated: June 7, 2012

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Donald P. Sullivan
DONALD P. SULLIVAN
Attorneys for Defendant

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
STIPULATED REQUEST TO CONTINUE ADR, DISCOVERY AND DISPOSITIVE MOTION DEADLINES; [PROPOSED] ORDER (CASE NO. C 11-4008 JSW)

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWING, the Court orders that the case scheduling order shall be modified as follows:

1. ADR deadline: September 6, 2012;
2. Close of fact discovery: October 15, 2012;
3. Last day for Expert Disclosure: October 29, 2012
4. Close of Expert Discovery: November 13, 2012;
5. Opening motion for summary judgment to be filed: November 21, 2012;
6. Opposition and cross-motion due by: December 7, 2012;
7. Reply and opposition to the cross-motion due by: December 21, 2012;
8. Reply in support of the cross-motion due by: December 28, 2012;
9. Hearing on dispositive motions (if any): January 25, 2013 at 9:00 a.m.

All other aspects of the Court's scheduling order not specifically modified above shall remain in full force and effect. In addition the Court orders:

Dated: ~~June~~ July 9, 2012

*/s/ Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

128626/670976

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4
STIPULATED REQUEST TO CONTINUE ADR, DISCOVERY AND DISPOSITIVE MOTION DEADLINES; [PROPOSED] ORDER (CASE NO. C 11-4008 JSW)