WILLIAM A. SOKOL, Bar No. 072740
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: bsokol@unioncounsel.net
       lbjones@unioncounsel.net
       ecarder@unioncounsel.net

Attorneys for Plaintiffs

DONALD P. SULLIVAN, Bar No. 191080
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
Telephone (415) 433-0990
Fax (510) 434-1370
E-Mail: Donald.Sullivan@WilsonElser.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDEN MEDICAL CENTER, a California Corporation,<br><br>    Defendant. | Case No.: 11-cv-4008 JSW<br><br>**STIPULATED DISMISSAL OF CASE WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the Stationary Engineers Local 39 Pension Trust Fund, and Defendant Eden Medical Center, through their

respective attorneys of record, hereby stipulate and agree that the above-captioned matter and all claims for relief therein may be dismissed without prejudice in its entirety. Each party to bear its own costs and fees.

**IT IS SO STIPULATED:**

Dated: May 1, 2013         WEINBERG, ROGER & ROSENFELD
                           A Professional Corporation

                           By     /s/ Linda Baldwin Jones
                                  LINDA BALDWIN JONES
                                  EZEKIEL D. CARDER
                                  Attorneys for Plaintiffs
                                  PAUL BENSI, BART FLORENCE,
                                  JERRY KALMAR, and LYLE SETTER,
                                  in their capacities as Trustees of the
                                  STATIONARY ENGINEERS LOCAL 39
                                  PENSION TRUST FUND

Dated: May 1, 2013         WILSON, ELSER, MOSKOVITZ, EDELMAN &
                           DICKER, LLP

                           By     /s/ Donald P. Sullivan
                                  DONALD P. SULLIVAN
                                  Attorneys for Defendant
                                  EDEN MEDICAL CENTER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: May 2, 2013          _____
                           The Hon. Jeffrey S. White
                           United States District Judge

128626/714527