```
WILLIAM A. SOKOL, Bar No. 072740
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bsokol@unioncounsel.net
         lbjones@unioncounsel.net
         ecarder@unioncounsel.net
```

Attorneys for Plaintiffs

```
DONALD P. SULLIVAN, Bar No. 191080
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
Telephone  (415) 433-0990
Fax  (510) 434-1370
E-Mail:  Donald.Sullivan@WilsonElser.com
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BENSI, BART FLORENCE, JERRY KALMAR, and LYLE SETTER, in their capacities as Trustees of the STATIONARY ENGINEERS LOCAL 39 PENSION TRUST FUND,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDEN MEDICAL CENTER, a California Corporation,<br><br>　　　　Defendant. | Case No.:  11-cv-4008 JSW<br><br>**STIPULATED DISMISSAL OF CASE WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs Paul Bensi, Bart Florence, Jerry Kalmar, and Lyle Setter, in their capacities as Trustees of the Stationary Engineers Local 39 Pension Trust Fund, and Defendant Eden Medical Center, through their

1

respective attorneys of record, hereby stipulate and agree that the above-captioned matter and all claims for relief therein may be dismissed without prejudice in its entirety. Each party to bear its own costs and fees.

**IT IS SO STIPULATED:**

Dated: May 1, 2013                    WEINBERG, ROGER & ROSENFELD
                                      A Professional Corporation

                                      By    /s/ Linda Baldwin Jones
                                            LINDA BALDWIN JONES
                                            EZEKIEL D. CARDER
                                            Attorneys for Plaintiffs
                                            PAUL BENSI, BART FLORENCE,
                                            JERRY KALMAR, and LYLE SETTER,
                                            in their capacities as Trustees of the
                                            STATIONARY ENGINEERS LOCAL 39
                                            PENSION TRUST FUND

Dated: May 1, 2013                    WILSON, ELSER, MOSKOVITZ, EDELMAN &
                                      DICKER, LLP

                                      By    /s/ Donald P. Sullivan
                                            DONALD P. SULLIVAN
                                            Attorneys for Defendant
                                            EDEN MEDICAL CENTER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Date: May 2, 2013                     _____
                                      The Hon. Jeffrey S. White
                                      United States District Judge

128626/714527